```
 1  WILLIAM G. MALCOLM
    KEVIN HAHN #9821
 2  MALCOLM ♦ CISNEROS, a Law Corporation
    2112 Business Center Drive, Second Floor
 3  Irvine, California 92612
    (949) 252-9400 (TELEPHONE)
 4  (949) 252-1032 (TELECOPIER)
```

 5  **Attorneys for Secured Creditor,
    Wells Fargo Bank, N.A.**

 6

 7

 8               **UNITED STATES BANKRUPTCY COURT**

 9               **DISTRICT OF NEVADA, RENO DIVISION**

10

```
11  In re:                        )    Bankruptcy No. 09-51087-gwz
                                  )
12  YON CHU LAN and               )    Chapter 13
    JOSEFINA L. LAN,              )
13                                )    REQUEST FOR SPECIAL NOTICE
                   Debtor(s).     )
14                                )    (No Hearing Date Required)
    _____)
15
```

16       **PLEASE TAKE NOTICE** that WELLS FARGO BANK, N.A., by and through its attorneys of record, MALCOLM ♦ CISNEROS, a Law Corporation, requests, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, that all notices sent in this case and all papers and pleadings filed in this case be served upon the undersigned as follows:

```
                    William G. Malcolm, Esq.
                    MALCOLM ♦ CISNEROS, a Law Corporation
                    2112 Business Center Drive, 2nd Floor
                    Irvine, California 92612

DATED: May 1, 2009       MALCOLM ♦ CISNEROS


                         By:/s/William G. Malcolm
                            WILLIAM G. MALCOLM
                            Attorneys for Secured Creditor,
                            Wells Fargo Bank, N.A.
```

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA  )
                     )   ss.
COUNTY OF ORANGE     )

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, California, 92612.

On May 5, 2009, I served the following document described as **REQUEST FOR SPECIAL NOTICE** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California **(and via telecopy or overnight mail where indicated)**, addressed as follows:

> Yon Chu Lan
> Josefina L. Lan
> 1475 Hagar Rd.
> Reno, NV 89506
>
> Sean P. Patterson
> 232 Court Street
> Reno, NV 89501
>
> William A. Van Meter
> Chapter 13 Trustee
> PO Box 6630
> Reno, NV 89513

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2009, at Irvine, California.

　　　　　　　　　　　　　　　　/S/Gabriela Oceguera
　　　　　　　　　　　　　　　　GABRIELA OCEGUERA