**Entered on Docket**
**May 07, 2010**

_____
**Hon. Michael S. McManus**
**United States Bankruptcy Judge**

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

HSBC Bank USA, National Association, as Trustee for the holders of Deutsche Alt-A Securities
Mortgage Loan Trust, Series 2006-AR5
09-72440

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-N-09-51087-gwz |
| Yon Chu Lan and Josefina L. Lan | Date: March 19, 2010<br>Time: 1:30 pm |
| Debtors. | Chapter 13 |

### ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that relief from the Automatic Stay is granted in the the above-entitled bankruptcy proceedings regarding the subject property generally described as 1475 Hagar Rd. , Reno, NV 89509.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall record a new Notice of Default.

DATED this _____ day of _____, 2010.

Submitted by:
**WILDE & ASSOCIATES**

_____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

_____
**Sean P. Patterson**
232 Court Street
Reno, NV 89501
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
**William Van Meter**
P.O. Box 6630
Reno, NV 89513
Chapter 13 Trustee

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that relief from the Automatic Stay is granted in the the above-entitled bankruptcy proceedings regarding the subject property generally described as 1475 Hagar Rd., Reno, NV 89509.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall record a new Notice of Default.

DATED this _____ day of _____, 2010.

Submitted by:
WILDE & ASSOCIATES

_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

(APPROVED) DISAPPROVED

_____
Sean P. Patterson
232 Court Street
Reno, NV 89501
Attorney for Debtor(s)

APPROVED   DISAPPROVED

_____
William Van Meter
P.O. Box 6630
Reno, NV 89513
Chapter 13 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
\_\_\_\_ The court waived the requirements of LR 9021.
\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
\_\_\_\_ No parties appeared or filed written objections, and the trustee is the movant.
_x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
_X_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or   _x_ failed to respond to the document

\_\_\_\_ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document
\_\_\_\_ appeared at the hearing, waived the right to review the order
\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
\_\_\_\_ approved the form of this order          \_\_\_\_ disapproved the form of this order
\_\_\_\_ waived the right to review the order and/or    \_\_\_\_ failed to respond to the document

\_\_\_\_ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor